# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

Initial Appearance
Arraignment

MAGISTRATE JUDGE: Candy W. Dale      DATE: October 11, 2019
DEPUTY CLERK: Sunny Trumbull      TIME: 11:31 – 11:41 a.m.
ESR: Sunny Trumbull      Boise, Idaho

## UNITED STATES OF AMERICA vs. JASON LEE HARVEY
1:19-cr-313-BLW-1

Counsel for:    United States (AUSA): Darci Crane, AUSA
                 Defendant: Nicole Owens, Federal Defender
                 Probation: Lisa Melchert

Defendant appears on a warrant.
Constitutional Rights advised.
Maximum Penalties Provided.
Defendant sworn.
Financial affidavit signed and accepted by the Court. Federal Defender appointed.
(X) Indictment    ( ) Information    ( ) Complaint
       (X) Copy furnished to defendant/understands the charges and maximum penalties
       ( ) Read by Clerk    (X) Waived Reading ( ) Read by Interpreter

PLEA: NOT GUILTY

Parties made elections and Procedural Order entered. Jury Trial is set for December 16, 2019 at 1:30 p.m. before Judge B. Lynn Winmill in Boise, Idaho. Telephone readiness conference set for December 5, 2019 at 4:00 p.m. before Judge Winmill with the Government to initiate the call.

Defendant signed Assertion of 5th and 6th Amendment Rights.

Defendant advised of rights to a detention hearing and defendant requested a hearing.

Detention Hearing set for October 15, 2019 at 10:00 a.m. before Judge Candy W. Dale and Order of Temporary Detention entered.

Counsel to retain a copy of the Pretrial Services report.

Defendant remanded to the custody of the USMS.