UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON LEE HARVEY,<br><br>Defendant. | Case No. 1:19-cr-00313-BLW-1<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court are two letters, which the Court has construed as a motion requesting to have the name on the judgment of conviction changed to reflect the name Stephanee Leeanna Harvey, which Defendant states is her new legal name. (Dkts. 41, 42.) The Court directed the Government to respond to the motion, and the Government's response has now been filed. (Dkt. 44.)

In the motion, Defendant explains that they legally changed their name to the female name of Stephanee Leeanna Harvey, through the Yamhill County Court, and that the judgment approving that name change was issued on June 15, 2021. Defendant has attached to the motion a notice of entry of judgment in Yamhill County Court case number 21CV22514. (*See* Dkt. 41 at 3.) This notice

**MEMORANDUM DECISION AND ORDER - 1**

indicates that the case was an "Identity Record" case, and that judgment was entered on June 15, 2021. (*Id.*) However, the notice does not indicate what the actual judgment states. Moreover, although the name "Stephanee Leeanna Harvey" is handwritten on the notice, the handwriting appears to be that of the Defendant.

The Government objects to the Court changing the name on Defendant's judgment of conviction but does not oppose the Court adding Defendant's preferred name of "Stephanee Leeanna Harvey" as an a/k/a to the judgment of conviction. (*See* Dkt. 44.) The Court finds this approach to be reasonable and adequate under the circumstances. Accordingly,

**IT IS ORDERED that** the Motion to Change Name (Dkts. 41, 42) is GRANTED in part as follows: the Judgment of Conviction (Dkt. 38), and the docket for this case, shall be amended to add the name "Stephanee Leeanna Harvey" as an additional a/k/a for Defendant Jason Lee Harvey a/k/a Truaex.

DATED: October 4, 2021

B. Lynn Winmill
U.S. District Court Judge